**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

NATALIA ZARATE-LOPEZ                     CASE NO.  6:26-CV-00056 SEC P

VERSUS                                   JUDGE TERRY A. DOUGHTY

GEORGE BUTCH HEAD ET AL                  MAGISTRATE JUDGE PEREZ-MONTES

**JUDGMENT**

The Report and Recommendation [Doc. No. 10] of the Magistrate Judge having been considered, no objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner, Natalia Zarate-Lopez, Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 8th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE